FILE COPY



**BRIAN QUINN**
Chief Justice

**JAMES T. CAMPBELL**
Justice

**MACKEY K. HANCOCK**
Justice

**PATRICK A. PIRTLE**
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

**VIVIAN LONG**
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

June 16, 2015

Jarrod Neal Flaming
TDCJ-ID #1679601
Jester III Unit
3 Jester Road
Richmond, TX 77406

Wally Hatch
District Attorney
225 Broadway, Suite 1
Plainview, TX 79072-8050
\* DELIVERED VIA E-MAIL \*

**RE:**   Case Number:  07-15-00073-CR, 07-15-00074-CR
Trial Court Case Number: A-18635-1011, B-18377-1004

**Style:** Jarrod Neal Flaming v. The State of Texas

Dear Mr. Flaming and Mr. Hatch:

The Court has issued mandate in the captioned cause.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:   Honorable Kregg Hukill (DELIVERED VIA E-MAIL)
Carla Cannon (DELIVERED VIA E-MAIL)